# MEMO ENDORSED

**JOEL M. STEIN, ESQ.**
ATTORNEY AT LAW
3 NEW YORK PLAZA
10TH FLOOR
NEW YORK, NEW YORK 10004

(212) 344-8008
FAX: (212) 344-8560

BY FAX

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/22/2008
```

Januray 18, 2007

Judge Denny Chin
United States Courthouse
500 Pearl St.
New York, NY 10007

Re: USA v. Chu, et al.
07 CR 1143 (DC)

Dear Judge Chin:

I am writing this letter on behalf of Frank Handelman, Esq. concerning the conference that the Court has ordered on January 23, 2008. Mr. Handelman will be out of the country for two weeks starting tonight. Anticipating the possibilty that the Court may order a conference in response to the government's letter of January 16, 2008 concerning the resolution of the counsel issue, Mr. Handelman asked me to stand in for him in his absence.

Accordingly, with the Court's permission I am requesting authorization to appear for Mr. Handelman.

Thank you for your consideration of this request.

cc: AUSA Rosemary Nidiry/ Nicholas Goldin
    (by fax)

Very truly yours,

Joel M. Stein

Joel M. Stein, Esq.

Approved, as long as Mr. Handelman's client (or, i.e., former client) consents.

SO ORDERED

[signature] WPJ 1/22/08